6

# Documents

9:02 cv 1077

# were

# STRICKEN

# from the record

# pursuant to the Court's

# Order filed on

10-11-02