# United States District Court
## Northern District of New York

U.S. DISTRICT COURT-N.D. OF N.Y
FILED
FEB 27 2004
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk –Syracuse

## JUDGMENT IN A CIVIL CASE

**ELBERT WELCH,**

      Plaintiff,

      V.                        CASE NUMBER: 9:02-CV-1077
                                                       (TJM)(GHL)

**SUPERINTENDENT OF UPSTATE
CORRECTIONAL FACILITY; J. GRANGER,
Correctional Officer; FRANK POLIZZI, (I.G.)**

      Defendants.

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendants for failure of plaintiff to comply with the Order by District Judge Thomas J. McAvoy, filed November 13, 2002.

February 27, 2004                          **LAWRENCE K. BAERMAN**

DATE                                                CLERK

                                                           *[signature]*
                                                     (BY) DEPUTY CLERK